MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT MCELIGOT,<br><br>    Respondent. | CASE NO.<br><br>VERIFIED PETITION TO ENFORCE<br>INTERNAL REVENUE SERVICE SUMMONS |

Petitioner, the UNITED STATES OF AMERICA, alleges and petitions as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Internal Revenue Service Revenue Agent Meiling Yang (hereafter "Revenue Agent Yang") is and at all times mentioned herein was an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

//

1    3. Revenue Agent Yang is and at all times mentioned herein was attempting in the course of

2    authorized duties to determine the federal income tax liabilities of Lawrence Y. Lui and Gorretti L. Lui

3    (hereafter "taxpayers") for the tax years 2005 through 2012, inclusive.

4    4. Revenue Agent Yang is and at all times herein was attempting in the course of authorized duties

5    to interview the Respondent ROBERT MCELIGOT (hereafter "Respondent"), the tax return preparer

6    for the taxpayers, and to have him produce for inspection, examination and copying by Petitioner certain

7    records possessed by Respondent which are relevant and material to Revenue Agent Yang's attempt to

8    determine and collect the aforementioned federal tax liabilities of the taxpayers for the periods stated in

9    paragraph 3 above.

10    5. Respondent's last known place of business is 123 Mission Street, 18th Floor, San Francisco,

11    California, 94105, which is within the venue of this Court.

12    6. Revenue Agent Yang is informed and believes that said Respondent is in possession and control

13    of records, paper and other data regarding income and other matters covered by the inquiry and to which

14    the IRS does not otherwise have access, possession, or control.

15    7. On September 29, 2014, at 11:35 a.m., in accordance with law, Revenue Agent Yang personally

16    served a summons with respect to the subject matter described in paragraphs 3, 4, and 6 above, on

17    Respondent at his last known business address. The requirements of said summons are self-explanatory,

18    and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part

19    of this petition.

20    8. The items sought by the summons described in paragraph 7 above are relevant to and can

21    reasonably be expected to assist in the determination and collection of the above-mentioned federal tax

22    liabilities of the taxpayers for the periods stated in paragraph 3 above. It was and now is essential to

23    completion of Revenue Agent Yang's inquiry regarding the determination and collection of the above-

24    mentioned federal tax liabilities that Respondent produce the items demanded by said summons.

25    9. The summons required Respondent to appear before Revenue Agent Yang on October 23, 2014,

26    and to produce documents demanded in the summons and to testify. The summons was rescheduled by

27    agreement to October 31, 2014.

28

US v. MCELIGOT
Petition to Enforce
No.                        2

10.  Respondent appeared for the October 31, 2014, summons interview but refused to provide testimony as requested by the summons.  Respondent produced some documents responsive to the summons; however, portions of the documents were redacted, and Respondent did not produce an accompanying privilege log for the redacted documents.  Attorney for the Respondent, David Porter, provided a letter to the IRS which is attached hereto as Exhibit B.

11.  As of the date of this petition, Respondent has failed to comply with the summons.

12.  All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13.  There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

WHEREFORE, having stated its petition against the Respondent, Petitioner prays for enforcement of the subject summons as alleged and set forth above, as follows:

A.  That the named Respondent herein be ordered to appear and show cause before this Court, if any, why it he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B.  That Respondent be ordered by the Court to appear before Revenue Agent Yang or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C.  That the Court grant the Petitioner UNITED STATES OF AMERICA its costs in this proceeding and such other and further relief as may be necessary and proper.

Respectfully submitted,

MELINDA HAAG
United States Attorney

CYNTHIA STIER
Assistant United States Attorney
Tax Division

US v. MCELIGOT
Petition to Enforce
No.                                      3

## VERIFICATION

1. I, MEILING YANG, pursuant to 28 U.S.C. § 1746, declare and state as follows:

2. I am a duly employed Revenue Agent in the San Mateo, California office of the Internal Revenue Service of the United States Treasury Department.  I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December ___8th___, 2014 at San Mateo, California.

*Meiling Yang*
MEILING YANG



# Summons

In the matter of  LAWRENCE Y LUI and GORRETTI L LUI

Internal Revenue Service (Division):  SMALL BUSINESS/SELF-EMPLOYED

Industry/Area (name or number):  Area 6, San Jose Territory , Group 1140

Periods: Beginning January 1, 2005 and Ending December 31, 2012

### The Commissioner of Internal Revenue

**To:** ROBERT C. MCELIGOT

**At:** 123 MISSION STREET, 18TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105

You are hereby summoned and required to appear before  MEILING YANG, INTERNAL REVENUE AGENT
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

PLEASE SEE ATTACHED "SCHEDULE A TO SUMMONS".

Please be advised that there will be a court reporter present at your summons interview on October 23, 2014.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

| | |
|---|---|
| *Meiling Yang* | Internal Revenue Agent |
| Signature of IRS officer serving the summons | Title |

**Business address and telephone number of IRS officer before whom you are to appear:**

1900 O'FARRELL STREET, SUITE 200, SAN MATEO, CALIFORNIA 94403     (650) 356-1224

**Place and time for appearance at** 1900 O'FARRELL STREET, SUITE 200, SAN MATEO, CALIFORNIA 94403

**IRS**

on the ___23RD___ day of ___OCTOBER___, ___2014___ at ___ONE___ o'clock ___p___ m.
Issued under authority of the Internal Revenue Code this ___29TH___ day of ___SEPTEMBER___, ___2014___
*(year)*

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

| | |
|---|---|
| *Meiling Yang* | Internal Revenue Agent |
| Signature of issuing officer | Title |
| *Frances N Chevangh* | Group Manager |
| Signature of approving officer *(if applicable)* | Title |

EXHIBIT A

**Part A** - to be given to person summoned

## SCHEDULE A TO SUMMONS Form 2039

Issued to:  ROBERT C. MCELIGOT
In the matter of:  LAWRENCE Y LUI and GORRETTI L LUI
Address:  700 EUCALYPTUS AVENUE, HILLSBOROUGH, CA 94010
Periods:  Beginning January 1, 2005 and Ending December 31, 2012

For the periods identified above, please furnish all books, papers, records, or other data in your custody or control concerning any accounting services, consulting services, and/or the preparation of Federal income tax returns performed for LAWRENCE Y LUI and GORRETTI L LUI, including but not limited to:

1.  All bank statements, cancelled checks, deposit receipts, financial statements, correspondence furnished by or on behalf of the above-named individual(s) (and for any other entity in which the above-named persons held a financial interest) for the preparation of federal income tax returns;

2.  All records used in or created for or during the preparation of federal income tax returns consisting of, but not limited to, tax organizers, work-papers, schedules, analyses, summaries, notes, papers, memoranda, and correspondence;

3.  All copies of federal income tax returns and amendments to such returns;

4.  All records showing items of gross income received and expenses incurred by the above-named individual(s);

5.  All billing records relating to the above named individual(s), including records showing the dates and types of services rendered, individual account cards, billing invoices, records reflecting the dates, amounts, purpose and method of all payments, and all correspondence with the individual(s) named above;

RECORD FORMAT:  In addition to hard copies, records are requested in the form of magnetic media on compact disk, whenever available.  A record layout for the data is also requested. The record layout should specify the type of information provided and actual electronic file name.  Each type of information should be recorded in a separate document; however, multiple dates may be included in the same file.  The record layout should be placed in the same order as the information listed above.



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| September 29, 2014 | 11:35 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): 146 Basinside way, Alameda, California 94502

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ROBERT C. MCELIGOT
123 MISSION STREET, 18TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105

| Signature | Title |
|-----------|-------|
| Meiling Song | Internal Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: September 29, 2014    Time: 1:10 PM

Name of Noticee: LAWRENCE Y LUI and GORRETTI L LUI

Address of Noticee (if mailed): 700 EUCALYPTUS AVENUE, HILLSBOROUGH, CALIFORNIA 94010

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| Meiling Song | Internal Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| Meiling Song | Internal Revenue Agent |

Form **2039** (Rev. 10-2010)

# Summons Referral
## *(If more space is necessary, prepare attachments in quadruplicate.)*

| | |
|---|---|
| **1. Name and address of person summoned**<br><br>ROBERT C. MCELIGOT<br>123 MISSION STREET, 18TH FLOOR,<br>SAN FRANCISCO, CALIFORNIA 94105 | **8. Taxpayers name and last known address if different from Item 1.**<br><br>LAWRENCE Y LUI and GORRETTI L LUI<br>700 EUCALYPTUS AVENUE,<br>HILLSBOROUGH, CALIFORNIA 94010 |

**2. Summons served at above address?**
☐ Yes  ☒ No *(Explain in Section C)*

**3. Manner of service**
☒ personal service on person summoned
☐ personal service on person authorized to accept service of process-name and title:

☐ delivered to other person over 16 years old at last known address-name and relationship to person summoned:

☐ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)*

**4. If third party summons, was notice given to all persons to whom records pertain?**
☒ Yes *(Indicate in Section B whether petition to quash summons was filed.) If notice(s) other than taxpayer, list names and addresses in Section C.)*
☐ No *(Explain in Section C.)*
☐ Not a third party summons

| **5. Date of service**<br>9/29/2014 | **Appearance date**<br>10/31/2014 (re-scheduled date) |
|---|---|

**6. Person summoned**
☐ did not appear   ☐ appeared but did not provide all summoned information.

**7. Does IRS possess any of summoned information?**
☒ Yes *(Explain in Section C.)*   ☐ No

**9. Taxpayer's TIN:** 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 (TPH), 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 (THW)

**10. Type of investigation**
☐ delinquent account   ☒ examination
☐ delinquent return   ☐ other (specify)
☐ criminal

**11. Type of tax and periods involved** *(Explain in A. if periods in description of records are different from periods stated in summons caption.)*
Income Tax,FBAR&Form 5471 penalty for 1/1/2005-12/31/2012

**12. All applicable tax periods included on summons?**
☒ Yes   ☐ No *(Explain in Section C.)*

**13. Statute of limitations problems?**
☒ Yes *(Explain in Section C.)*   ☐ No

**14. Tax liability involved**
assessed $  see Section C
estimated $  see Section C   *(Explain in Section C.)*

**15. Taxpayer category** *(corporation, salaried individual, etc.; include spouse if applicable.)*
Salaried individual, Sch C, Sch E K-1 investor and rental owner

**16. Other civil, criminal, or administrative actions** *(Summons enforcement, suit, seizure, etc.) pending against taxpayer or person summoned?*
☐ Yes *(Explain in Section C.)*   ☒ No

**17. Has there been a referral of this or a related case to the Department of Justice?**
☐ Yes *(Explain in Section C.)*   ☒ No

**A.** Describe exact purpose of summons and relevance of summoned information to periods under investigation:

The main purposes of summons are to obtain additional information from tax return preparer in related to TP's foreign entity, foreign bank and financial accounts reporting (FBAR), stock option received from a foreign entity, and unreported dividend/interest income from foreign brokerage account.
Robert C. McEligot provided the documentation summoned on 10/31/2014 but did not give testimony during the meeting.

**B.** Reason for not complying, if known:

Box 4: Petition to quash summons was not filed. Robert C. McEligot left the summons meeting without giving testimony after RA asked TPH's representative (Edward Ord and Cheng Zhang) to leave the interview room.

**C.** Other information: *(include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*

Box 2: RA handed the summons to Robert C. McEligot at 123 Mission Street, 1st floor, San Francisco, CA 94015 with Frances N. Chenoweth (Group Manager).
Box 7: IRS possess year 2005-2012 tax returns.
Box 13: FBAR penalty examination for year 2008 will be expired on 6/30/2015.
Box 14: Tax liability involved- RA can't estimate the amount due to RA is still gathering the documentation. The FBAR penalty amount : for year 2011 could be $1.4 M if the highest amount assessed for one of the foreign brokerage accounts.

| **Referring Officer's Name, Telephone Number, Office Location, and Office Symbols**<br>Yang, Meiling, 650-356-1224, San Mateo, CA EG1140 | **Referring Officer's Signature**<br>*Meiling Yang* | **Date Referred**<br>11/6/2014 |
|---|---|---|
| **Issuing Officer's Name**<br>Yang, Meiling | | **Date Issued**<br>9/29/2014 |
| **Approved by (Signature and Title) - If Required** Group Manager<br>*Frances N. Chenoweth* | **Date Approved**<br>11-6-14 | **Reviewed by (Signature and Title)** | **Date Reviewed** |

Form **4443** (Rev. 2-1993) Cat. No. 41659B   Part 1-District Counsel   Department of the Treasury<br>Internal Revenue Service

LAW OFFICES OF

# DAVID B. PORTER

505 MONTGOMERY STREET, 13TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

TEL: 415-956-2700  FAX: 415-956-2707
DAVE@PORTERLAWWEB.COM
WWW.PORTERLAWWEB.COM

October 31, 2014

HAND DELIVERED

Meiling Yang
Internal Revenue Service
1900 O'Farrell Street
San Mateo, CA  94403

Re:   Summons issued to Robert C. McEligot
      In the matter of Lawrence Y. Lui and Gorretti L. Lui

Dear Ms. Yang:

This is in response to the Internal Revenue Service Administrative Summons issued to
Robert C. McEligot on or about September 29, 2014.

Mr. McEligot is appearing to give testimony in response to the summons as required.  In
addition, he is producing for examination the following books, records, papers, and
other data requested in the summons.  Any production is limited to records not already
provided to the IRS, and the wording of IRC Section 7602(a), which refers to "custody,
possession, and care."

This response involves periods beginning January 1, 2005, and Ending December 31,
2012.  You have requested Mr. McEligot to furnish all books, papers, records, or other
data in Mr. McEligot's custody, possession or care concerning any accounting services,
consulting services, and/or the preparation of Federal income tax returns performed for
LAWRENCE Y LUI and  GORRETTI L LUI, including but not limited to:

1.  All bank statements, cancelled checks, deposit receipts, financial statements,
correspondence  furnished by or on behalf of  the above-named individual(s) (and for
any other entity in which the above-named persons held a financial interest) for the
preparation of federal income tax returns.

Response:  Objection, as the request is overbroad and unduly burdensome that
includes tax periods on which the statute of limitations has already expired, and seeks
the production of communications that are not subject to disclosure pursuant to the


EXHIBIT B

Meiling Yang
October 31, 2014
Page 2

Federal Tax Practitioner Privilege.  Without waiving said objections, Mr. McEligot is providing the information in his possession, except communications covered by the Federal Tax Practitioner Privilege, and a third-party taxpayer's information that was found in Mr. McEligot's file.

2.   All records used in or created for or during the preparation of federal income tax returns consisting of, but not limited to, tax organizers, work-papers, schedules, analyses, summaries, notes, papers, memoranda, and correspondence.

Response: Objection, as the request is overbroad and unduly burdensome that includes tax periods on which the statute of limitations has already expired, and seeks the production of communications that are not subject to disclosure pursuant to the Federal Tax Practitioner Privilege and the Work-Product Doctrine.  Without waiving said objections, Mr. McEligot is providing the information in his possession, except as stated in response number 1.

3.   All copies of federal income tax returns and amendments to such returns.

Response:  Objection, as the request is overbroad and unduly burdensome that includes tax periods on which the statute of limitations has already expired.  In addition, copies of the 2010, 2011 and 2102 income tax returns have already been provided. Without waiving said objections, Mr. McEligot is providing the other tax returns (for tax years 2005 through 2009) in his possession.

4.   All records showing items of gross income received and expenses incurred by the above-named individual(s).

Response: Objection, as the request is overbroad and unduly burdensome that includes tax periods on which the statute of limitations has already expired.  Without waiving said objections, Mr. McEligot is providing the records.

5.   All billing records relating to the above named individual(s), including records showing the dates and types of services rendered, individual account cards, billing invoices, records reflecting the dates, amounts, purpose and method of all payments, and all correspondence with the individual(s) named above;

Response:  Objection, as the request is overbroad and unduly burdensome that includes tax periods on which the statute of limitations has already expired, and seeks the production of communications that are not subject to disclosure pursuant to the Federal Tax Practitioner Privilege.  Without waiving said objections, Mr. McEligot is providing the information in the form of Calegari & Morris invoices with redactions of confidential and/or privileged information.

Meiling Yang
October 31, 2014
Page 3


To the extent the summons demands records that are subject to the attorney-client privilege, the taxpayers assert an objection, and those records are withheld.

Sincerely,

LAW OFFICES OF DAVID B. PORTER

David B. Porter

DBP:ts
VL79
Enclosures

cc: Robert C. McEligot