# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Petitioner,<br>   v.<br>ROBERT MCELIGOT,<br>        Respondent. | Case No. 14-cv-05383-JST<br><br>**ORDER PERMITTING ORAL ARGUMENT BY LAW CLERK**<br><br>Re: ECF No. 22 |

The Court is in receipt of the petitioner's request to allow law clerk John O'Neil to participate in oral argument at the motion hearing set for March 12, 2015. The Court hereby grants the request.

IT IS SO ORDERED.

Dated: March 3, 2015

_____
Jon S. Tigar
United States District Judge