1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Petitioner,

   v.

ROBERT MCELIGOT,

          Respondent.

Case No. 14-cv-05383-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 48

      The parties have filed a Request for Dismissal dated April 14, 2016, noting that "Respondent . . . has fully complied with the summons at issue and there are no further issues to be resolved in this action." ECF No. 48. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      This case has been dismissed without prejudice. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: April 14, 2016

_____

JON S. TIGAR

United States District Judge