1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Division

5  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
6
7         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
8         Telephone: (415) 436-7000
          FAX:       (415) 436-7009
9
   Attorneys for the United States of America
10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV 16-0969-JST |
| | ) | RELATED CASE: CV-14-05383-JST |
| Petitioner, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| LAWRENCE Y. LUI, | ) | |
| | ) | Date: September 20, 2017 |
| Respondent. | ) | Time: 2:00 p.m. |
| | ) | |
| | ) | |

21    COMES NOW the Petitioner, United States of America, and Respondent, Lawrence Lui, and
22 stipulate and agree, subject to this Court's approval, that the case management conference, currently
23 scheduled for September 20, 2017, be rescheduled to October 11, 2017, at 2:00.  This request is made
24 //
25 //
26 //
27 //
28 //

Stip Request to Continue Hearings
C-14-05383-JST                              1

because counsel for the United States will be out of town from September 18, 2017 to October 2, 2017.

Respectfully Submitted,

| BAKER McKENZIE | BRIAN J. STRETCH |
| | United States Attorney |

_____/s/_____          _____/s/_____
SCOTT FREWING                         CYNTHIA STIER
Attorney for Respondent               Assistant United States Attorney
Lawrence Y. Lui                       Tax Division

## ORDER

For the reasons stated by the parties in their stipulation, Court ORDERS that the case management conference, currently scheduled for September 20, 2017, be rescheduled to October 11, at 2:00. A case management statement is due seven days before the case management conference.

SO ORDERED: September 6, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE